[No. 14774–9–I. Division Three. August 27, 1986.]

JESSE THOMAS, *Respondent,* v. CREDELL GREEN,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 863692, Richard M. Ishikawa, J., entered April
20, 1984. *Reversed* by unpublished opinion per Thompson,
J., concurred in by Green, C.J., and Munson, J.

[No. 7927–5–II. Division Two. August 28, 1986.]

CAROLYN J. STANTON, *Respondent,* v. MICHAEL
C. COONROD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark
County, No. 80–2–00864–5, James D. Ladley, J., entered
June 8, 1984. *Affirmed* by unpublished opinion per Alexan-
der, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 8028–1–II. Division Two. August 28, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DAMON
SMITH, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–1–02194–6, Thomas A. Swayze, Jr., J.,
entered June 15, 1984. *Affirmed* by unpublished opinion
per Pearson, J. Pro Tem., concurred in by Hallowell and
Harris, JJ. Pro Tem.

[No. 7707–8–II. Division Two. August 29, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
MICHAEL LINSLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 83–1–00223–1, Robert L. Harris, J., entered
March 22, 1984. *Dismissed* by unpublished opinion per
Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.